1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
   Attorneys for Plaintiffs,
6  SONY BMG MUSIC ENTERTAINMENT;
7  PRIORITY RECORDS LLC; UMG
   RECORDINGS, INC.; WARNER BROS.
8  RECORDS INC.; LAVA RECORDS LLC;
   ATLANTIC RECORDING CORPORATION;
9  LAFACE RECORDS LLC; and ELEKTRA
10 ENTERTAINMENT GROUP INC.

RECEIVED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C07-04883 PJH

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; LAVA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>JOHN DOE,<br>    Defendant. | CASE NO.<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

1

Proposed Order
Case No.
#32626 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on California State Univ -
4  Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45
5  subpoena that seeks documents that identify Defendant, including the name, current (and permanent)
6  address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7  The disclosure of this information is consistent with California State Univ - Monterey Bay's
8  obligations under 20 U.S.C. 1232g.
9  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11  under the Copyright Act.

Dated: 9/26/07                 By: _____
                                    United States District Judge

Proposed Order
Case No.
#32626 v1