1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  PRIORITY RECORDS LLC; UMG
   RECORDINGS, INC.; WARNER BROS.
8  RECORDS INC.; LAVA RECORDS LLC;
   ATLANTIC RECORDING CORPORATION;
9  LAFACE RECORDS LLC; and ELEKTRA
10 ENTERTAINMENT GROUP INC.

RECEIVED

SEP 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11

12              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13

14

PJH

15 | SONY BMG MUSIC ENTERTAINMENT, a      CASE NO.
   Delaware general partnership; PRIORITY
16 RECORDS LLC, a California limited liability  **[PROPOSED] ORDER GRANTING**
   company; UMG RECORDINGS, INC., a    **PLAINTIFFS' EX PARTE APPLICATION**
17 Delaware corporation; WARNER BROS.    **FOR LEAVE TO TAKE IMMEDIATE**
   RECORDS INC., a Delaware corporation;  **DISCOVERY**
18 LAVA RECORDS LLC, a Delaware limited
19 liability company; ATLANTIC RECORDING
   CORPORATION, a Delaware corporation;
20 LAFACE RECORDS LLC, a Delaware limited
   liability company; and ELEKTRA
21 ENTERTAINMENT GROUP INC., a Delaware
22 corporation,
                    Plaintiffs,
23
24          v.
25 JOHN DOE,
                    Defendant.
26

27

28

                          1

1        Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2    Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3        ORDERED that Plaintiffs may serve immediate discovery on California State Univ -

4    Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45

5    subpoena that seeks documents that identify Defendant, including the name, current (and permanent)

6    address and telephone number, e-mail address, and Media Access Control addresses for Defendant.

7    The disclosure of this information is consistent with  California State Univ - Monterey Bay's

8    obligations under 20 U.S.C. 1232g.

9        IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

10   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

11   under the Copyright Act.

12

13

14   Dated: _____                         By: _____

15                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order
Case No.
#32626 v1