Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
PRIORITY RECORDS LLC; UMG
RECORDINGS, INC.; WARNER BROS.
RECORDS INC.; LAVA RECORDS LLC;
ATLANTIC RECORDING CORPORATION;
LAFACE RECORDS LLC; and ELEKTRA
ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; LAVA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br>     Plaintiffs,<br><br> v.<br><br>JOHN DOE,<br>     Defendant. | CASE NO. C 07-04883 PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1   Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs SONY BMG MUSIC
2   ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice
3   their copyright infringement claim against Defendant John Doe, also identified as ID #126410007
4   with IP address 207.62.146.122 2007-04-22 16:25:24 EDT, each party to bear its/his own fees and
5   costs.  The Clerk of Court is respectfully requested to close this file.

7   Dated:  December 19, 2007                    HOLME ROBERTS & OWEN LLP

9                                                By:  */s/ Matthew Franklin Jaksa*
10                                                    MATTHEW FRANKLIN JAKSA
                                                      Attorney for Plaintiffs

Notice of Dismissal
Case No. C 07-04883-PJH
#34538 v1